

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00857-CV

**INTEREST OF B.V., A CHILD**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant father is appealing a final order terminating his parental rights signed on November 20, 2018. Appellant has filed an affidavit of indigence and a request for appointment of an attorney to represent him on appeal. In a termination suit filed by a governmental entity such as the Texas Department of Family and Protective Services, an indigent parent who responds in opposition to the termination has the statutory right to appointment of an attorney ad litem. TEX. FAM. CODE ANN. § 107.013(a). This right to appointed counsel also extends to an appeal. *In re K.S.M.*, 61 S.W.3d 632, 633 (Tex. App.—Tyler 2001, no pet.). However, there is no corresponding right to appointed counsel in a private termination suit such as this case in which an adoption agency sought termination of parental rights. *In re J.C.*, 250 S.W.3d 486, 489 (Tex. App.—Fort Worth 2008, pet. denied); *In re C.J.*, No. 04-14-00663-CV, 2015 WL 1089660, at *2 (Tex. App.—San Antonio Mar. 11, 2015, no pet.). Accordingly, appellant's motion for appointment of counsel is DENIED.

Appellee has filed an "Advisory to the Court Regarding Lack of Notice of Appellant's Filings" requesting that we strike appellant's pro se filings because he failed to serve a copy on all parties to the proceeding and failed to include a certificate of service on the documents. *See* TEX. R. APP. P. 9.5(a), (d), (e). We DENY appellee's motion to strike appellant's filings to date, but ORDER appellant to comply with Rule 9.5's service requirements on any documents he files after the date of this order.

Appellant's brief is due to be filed in this court *on January 16, 2019*.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court